MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant
Raul Lopez Jr.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:19-CR-00143-DAD-BAM |
| Plaintiff, | ) |
| vs. | ) **ORDER TO SEAL DOCUMENTS** |
| RAUL LOPEZ JR., | ) HEARING DATE: JANUARY 26, 2021 |
| | ) HEARING TIME: 2:00 PM |
| Defendant | ) JUDGE: HON. BARBARA A. MCAULIFFE |

   Upon application of the Defendant Raul Lopez Jr.., through Counsel Michael W. Berdinella, and good cause being show as set forth in Defendant's request to seal at Docket 193,

   IT IS HEREBY ORDERED that Defendant's Motion for Bail Review and  Exhibits A through E  shall be SEALED until ordered unsealed by the Court.

IT IS SO ORDERED.

   Dated:  **January 19, 2021**          /s/ Barbara A. McAuliffe         
                                          UNITED STATES MAGISTRATE JUDGE

Notice of Request to Seal  - 1