Michael W. Berdinella
Law Office of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA  93704
Phone: (559) 436-8000
Fax:  (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for RAUL LOPEZ JR.

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**RAUL LOPEZ JR.,**<br><br>Defendant | Case No.: 1:19-CR-00143-DAD-BAM<br><br>**STIPULATION REGARDING DEFENDANT RAUL LOPEZ JR.'S MOTION TO SEVER AND NEW MOTIONS SCHEDULE AND ORDER**<br><br>HEARING DATE:  JUNE 6, 2022<br>TIME: 10:00 A.M.<br>JUDGE: HON. DALE A. DROZD |

  This case is presently set for Motions to be heard on May 23, 2022, with Defense Motions due on March 14, 2022, and Government's Opposition due on April 25, 2022. Defendant RAUL LOPEZ JR. has filed a Motion to Sever his case from the Indictment and from the other co-Defendants. This Motion to Sever was not timely filed, and a new Motions Schedule is required to allow sufficient time for the government to adequately respond to RAUL LOPEZ's Motion to Sever.

  Therefore, MICHAEL BERDINELLA for Defendant RAUL LOPEZ JR. and JUSTIN GILIO for the Plaintiff the UNITED STATES GOVERNMENT, do hereby stipulate that the Motions Schedule dates previously set for this Motion for RAUL LOPEZ JR. be vacated and a new Motions Schedule shall be set as follows:

| | |
|---|---|
| Defense Motion Due: | April 6, 2022 |
| Government's Opposition Due: | May 18, 2022 |
| Defense Reply Due: | June 1, 2022 |
| Hearing: | June 6, 2022 |

The Trial date shall remain set for August 9, 2022 at 10:00 a.m.

Respectfully Submitted,

DATED: April 6, 2022

*/s/ Michael W. Berdinella*
Michael W. Berdinella
Attorney for Defendant
Raul Lopez Jr.

DATED: April 6, 2022

 */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated: **April 7, 2022**

UNITED STATES DISTRICT JUDGE