MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: attyberdinella@gmail.com
Phone: (559) 436-8000
Fax: (559) 436-8900

Attorney for Defendant
Raul Lopez Jr.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:19-CR-00143-ADA-BAM** |
| **Plaintiff,** | |
| **vs.** | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL W. BERDINELLA AS ATTORNEY OF RECORD AND ORDER** |
| **RAUL LOPEZ JR.,** | |
| **Defendant** | |

On 06/27/2019, Defendant Raul Lopez Jr. was indicted on federal charges. CJA Panel Attorney Michael W. Berdinella was appointed as trial counsel to represent Mr. Lopez on 06/20/2019 in his criminal case. Mr. Lopez was sentenced pursuant to a Plea Agreement on 03/06/2023. No direct appeal was filed. Mr. Lopez was in custody at Sentencing. The trial phase of Mr. Lopez's criminal case has, therefore, come to an end. Having completed his representation of Mr. Lopez, CJA attorney Michael W. Berdinella now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Lopez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360

(toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 04/19/2023

Respectfully submitted,

/s/ Michael W. Berdinella
Michael W. Berdinella
Attorney for Defendant
Raul Lopez Jr.

**ORDER**

Having reviewed the notice and found that attorney Michael W. Berdinella has completed the services for which he was appointed, the Court hereby grants attorney Michael Berdinella's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Raul Lopez Jr.at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FTC Oklahoma City
7410 S. Macarthur Blvd.
Oklahoma City, OK 73169

IT IS SO ORDERED.

Dated: April 21, 2023

UNITED STATES DISTRICT JUDGE